IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUIS ALBERTO FLOREZ-ROSERO,

Defendant.                                              No. 14-cr-30044-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is defendant's motion for appointment of counsel pursuant to title 18 U.S.C. § 3600A to file proper motion pursuant to Amendment 782 (Drug -2) (Doc. 107). After reviewing the record, the Court finds that it is clear that defendant is not entitled to the relief he seeks. The Court sentenced defendant on September 16, 2016 and during the sentencing the Court utilized the the 2015 Sentencing Guidelines, incorporating all guideline amendments, to determine defendant's offense level. Thus, defendant received the benefit of Amendment 782 at the time of sentencing. Thus, the Court **DENIES** the motion for appointment of counsel (Doc. 107).

**IT IS SO ORDERED.**

Signed this 1st day of March, 2017.

Judge Herndon
2017.03.01
15:34:18 -06'00'

United States District Judge